**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00658-CV

_____

**YOGURT CULTURE INC. AND ALL OCCUPANTS, Appellants**

**V.**

**HOUSTON HOUSE LIMITED PARTNERSHIP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1110605**

---

## MEMORANDUM OPINION

Appellants attempt to appeal a final judgment of the county court awarding possession of premises in an eviction action. Section 24.007 of the Texas Property Code provides that "A final judgment of a county court in an eviction suit may not be appealed on the issue of possession unless the premises in question are being used

for residential purposes only." TEX. PROP. CODE § 24.007. Because the premises at issue in the county court's judgment were used for commercial purposes, we lack jurisdiction over an appeal as it relates to the issue of possession. The Clerk of this Court notified appellants that this Court might dismiss this appeal for want of jurisdiction unless appellants timely filed a response demonstrating this Court's jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellants failed to file an adequate response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

2